## Ralph A. Terrell, Appellant, v. Tool Equipment Sales Company, Appellee.

Gen. No. 43,570.

opinion filed May 29, 1946; released for publica-
tion June 13, 1946. Goldman, Allshouse & Healy, for appellant;
F. V. Healy and Robert G. Dreffein, of counsel; Litsinger, Gatenbey,
Spuller & McNeill, for appellee. Opinion by JUSTICE SULLIVAN. **Not to
be published in full.**